COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                         SUPERIOR COURT DEPARTMENT
                                                    SUFFOLK DIVISION

| | |
|---|---|
| ALFOUSSEINY KELLY,<br>      Plaintiff,<br><br>v.<br><br>MARCHE MOVENPICK, RICHTREE U.S.A., IGOR REICHERT, HOLGER MAMMEN, LIZA KASTROM, MARTINE THOMAS, ELIE GHORAYEB,<br>      Defendants. | Civil Action No. 04-2461 |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To:   Civil Clerk's Office
      Suffolk Superior Court
      McCormack Post Office & Courthouse
      90 Devonshire Street
      Boston, MA  02109

   PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Suffolk Superior Court, has been duly filed in the U.S. District Court for the District of Massachusetts.

Attached hereto is a copy of that Notice of Removal.

                                    Respectfully submitted,

                                    MARCHE MOVENPICK AND RICHTREE U.S.A.,
                                    By their attorneys,

                                    _____
                                    Andrew C. Pickett, BBO #549872
                                    Richard W. Paterniti, BBO#645170
                                    Jackson Lewis LLP
                                    75 Park Plaza
                                    Boston, MA 02116
September 20, 2004                  (617) 367-0025

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2004, a copy of the foregoing was delivered by first class mail to Robert M. Warren, 11 Green Street, Jamaica Plain, MA 02130.

*[signature]*
Jackson Lewis LLP