UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFOUSSEINY KELLY,<br>      Plaintiff,<br><br>v.<br><br>MARCHE MOVENPICK, RICHTREE U.S.A., IGOR REICHERT, HOLGER MAMMEN, LIZA KASTROM, MARTINE THOMAS, ELIE GHORAYEB,<br>      Defendants. | Civil Action No. 04-12028-RGS |

### ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANTS MARCHE MOVENPICK AND RICHTREE U.S.A. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Richtree Markets Boston, LLC and Richtree U.S. Inc.[1] ("Defendants") respectfully request, with the assent of the Plaintiff, that they be granted a thirty day extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Monday, October 25, 2004. As grounds for this motion, Defendants state that they need more time to investigate Plaintiff's allegations in order to adequately answer or otherwise respond to his Complaint. In addition, the parties are engaged in discussions to attempt to resolve this matter, which would obviate the need for further court proceedings.

---

[1] Plaintiff has incorrectly identified these entities in his Complaint as Marche Movenpick and Richtree U.S.A.

WHEREFORE, Defendants respectfully request that they be granted an extension of time, up to and including October 25, 2004, to answer or otherwise respond to Plaintiff's Complaint.

|  | Respectfully submitted, |
|---|---|
|  | RICHTREE MARKETS BOSTON, LLC AND RICHTREE U.S. INC., <br> By their attorneys, |
|  | /s/ Andrew C. Pickett <br> Andrew C. Pickett, BBO #549872 <br> Richard W. Paterniti, BBO#645170 <br> Jackson Lewis LLP <br> 75 Park Plaza <br> Boston, MA 02116 |
| September 24, 2004 | (617) 367-0025 |