UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFOUSSEINY KELLY,<br>    Plaintiff,<br><br>v.<br><br>MARCHE MOVENPICK, RICHTREE U.S.A., IGOR REICHERT, HOLGER MAMMEN, LIZA KASTROM, MARTINE THOMAS, ELIE GHORAYEB,<br>    Defendants. | Civil Action No. 04-12028-RGS |

### ASSENTED-TO MOTION TO FURTHER EXTEND TIME FOR DEFENDANTS MARCHE MOVENPICK AND RICHTREE U.S.A. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Richtree Markets Boston, LLC and Richtree U.S. Inc.[1] ("Defendants") respectfully request, with the assent of the Plaintiff, that they be granted one additional thirty day extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Wednesday, November 24, 2004. As grounds for this motion, Defendants state that the parties are engaged in discussions to attempt to resolve this matter, which would obviate the need for further court proceedings.

---

[1] Plaintiff has incorrectly identified these entities in his Complaint as Marche Movenpick and Richtree U.S.A.

-1-

WHEREFORE, Defendants respectfully request that they be granted one further extension of time, up to and including November 24, 2004, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

RICHTREE MARKETS BOSTON, LLC AND
RICHTREE U.S. INC.,
By their attorneys,

/s/ Andrew C. Pickett
Andrew C. Pickett, BBO #549872
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
October 25, 2004                    (617) 367-0025