UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 21 P 1: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

ALFOUSSEINY KELLY,
    Plaintiff

vs.

MARCHE MOVENPICK, RICHTREE U.S.A., IGOR REICHERT, HOLGER MAMMEN, LIZA KASTROM, MARTINE THOMAS, ELIE GHORAYEB
    Defendants

Civil Action No. 04-12028-RGS

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Now comes the Plaintiff through counsel who certifies the following:

1. Plaintiff's counsel and the Plaintiff have conferred about

   (a) A view towards establishing a budget for the costs of conducting the full course—and various alternative courses of the litigation and have determined that the budget should include the costs of deposition transcripts and the costs of any alternative dispute resolution if agreed upon;

   (b) Considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in LR 16.4.

Respectfully certified and submitted,
Plaintiff through his Counsel

_____
Robert M. Warren
BBO #555661
11 Green Street
Jamaica Plain, MA 02130
(617) 983-1441

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2005 a copy of the foregoing was delivered by first c class mail to Andrew Pickett, Counsel for the Defendant(s) at Jackson Lewis, LLP, 75 Park Plaza, Boston, MA 02116.

Date:  1/20/2005

Robert M. Warren