UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12028

* * * * * * * * * * * * * * * * *

ALFOUSSEINY KELLY,

    Plaintiff,

v.

MARCHE MOVENPICK, RICHTREE
U.S.A., IGOR REICHERT, HOLGER
MAMMEN, LIZA KASTROM,
MARTINE THOMAS, ELIE
GHORAYEB,

    Defendants,

* * * * * * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to U.S. District Court Local Rule 83.5.2(c), please withdraw our appearance as counsel of record for the defendants in the above-captioned matter. Accompanying this notice is a Notice Appearance of Michael J. Mazurczak and Paul T. Tetrault of Melick, Porter & Shea, LLP as counsel of record for the defendants.

Andrew C. Pickett, BBO # 549872
Richard W. Paterniti, BBO # 645170
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: 4.28.05