UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12028

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ALFOUSSEINY KELLY,

    Plaintiff,

v.

MARCHE MOVENPICK, RICHTREE
U.S.A., IGOR REICHERT, HOLGER
MAMMEN, LIZA KASTROM,
MARTINE THOMAS, ELIE
GHORAYEB,

    Defendants,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Pursuant to U.S. District Court Local Rule 83.5.2(c), please enter an appearance for Michael J. Mazurczak and Paul T. Tetrault as counsel of record for the defendants in the above-captioned matter.

                                                /s/ Paul T. Tetrault
                                               Michael J. Mazurczak, BBO# 555106
                                               Paul T. Tetrault, BBO# 658289
                                               MELICK, PORTER & SHEA, LLP
                                               28 State Street
                                               Boston, MA  02109
                                               (617) 523-6200

Dated:  4/29/05