Court File No. 31-442259

## ONTARIO
### SUPERIOR COURT OF JUSTICE
### (IN BANKRUPTCY AND INSOLVENCY)

| | | |
|---|---|---|
| THE HONOURABLE MR ) | ) | TUESDAY, THE 15th DAY |
| C.L. ) | ) | |
| JUSTICE CAMPBELL | ) | OF MARCH, 2005 |



AND IN THE MATTER OF THE PROPOSAL OF RICHTREE INC., OF THE CITY OF TORONTO, IN THE PROVINCE OF ONTARIO

Applicant

## ORDER

**THIS MOTION**, made by Richtree Inc. ("Richtree") for an Order pursuant to section 50.4(9) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c.B-3, as amended (the "BIA"), for an extension of the time to file a proposal under the BIA was heard this day at 393 University Avenue, Toronto, Ontario.

**ON READING** the Affidavit of Colin T. West sworn March 9, 2005 and on hearing the submissions of counsel for Richtree, Catalyst Fund General Partner I Inc. ("Catalyst"), PricewaterhouseCoopers Inc., in its capacity as proposal trustee of Richtree and the independent counsel to the directors of Richtree, no one else appearing although duly served as appears from the affidavit of service of Carole J. Hunter sworn March 10, 2005, filed;

1.      **THIS COURT ORDERS** that the time for service of the Notice of Motion and the Motion Record is hereby abridged to the date of actual service, that this motion is properly returnable today and that service of the Notice of Motion and Motion Record upon any interested person, other than the persons served with the Notice of Motion, is hereby dispensed with.

2.      **THIS COURT ORDERS** that, subject to further Order of this Honourable Court, Richtree shall have up to and including April 29, 2005 to file a proposal pursuant to section 50.4(9) of the BIA.

3.      **THIS COURT ORDERS** that Richtree be and is hereby authorized to enter into an extension of the debtor-in-possession term sheet with Catalyst dated October 18, 2004, as amended and extended (the "DIP Term Sheet") which expires on March 15, 2005, extending the DIP Term Sheet to April 29, 2005.

_____

**IN THE MATTER OF THE PROPOSAL OF RICHTREE INC. OF THE CITY OF TORONTO IN THE PROVINCE OF ONTARIO**

Applicant

Court File No.   31-442259

***ONTARIO*** **SUPERIOR COURT OF JUSTICE (IN BANKRUPTCY AND INSOLVENCY)**

Proceeding commenced at TORONTO

**ORDER**

**FASKEN MARTINEAU DuMOULIN LLP**
Barristers & Solicitors
Suite 4200, TD Bank Tower
Box 20, Toronto-Dominion Centre
Toronto, Ontario
M5K 1N6

Jonathan Levin [LSUC No. 15253A]
Edmond F. B. Lamek [LSUC No. 33338U]
Carole J. Hunter [LSUC No. 43087I]
Tel: (416) 366 8381
Fax: (416) 364 7813

Solicitors for Richtree Inc.