UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12028

```
* * * * * * * * * * * * * * * * *
ALFOUSSEINY KELLY,              *
                                *
                                *
      Plaintiff,                *
                                *
                                *
v.                              *
                                *
                                *
MARCHE MOVENPICK, RICHTREE      *
U.S.A., IGOR REICHERT, HOLGER   *
MAMMEN, LIZA KASTROM,           *
MARTINE THOMAS, ELIE            *
GHORAYEB,                       *
                                *
                                *
      Defendants,               *
* * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

Pursuant to U.S. District Court Local Rule 83.5.2(c), please enter an appearance for Michael J. Mazurczak as counsel of record for the defendants in the above-captioned matter.

*Michael J. Mazurczak*
Michael J. Mazurczak, BBO# 555106
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Dated: 5/23/05