# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

ALFOUSSEINY KELLY
    Plaintiff

v.                                          CIVIL ACTION NO. 04-12028-RGS

MARCHE MOVENPICK; RICHTREE USA ET AL
    Defendant

## PROCEDURAL ORDER OF DISMISSAL

STEARNS, DJ.                                FEBRUARY 28, 2006

IN ORDER TO AVOID THE NECESSITY OF COUNSEL TO

APPEAR  AT PERIODIC STATUS CONFERENCES, OR FILE STATUS
REPORTS,

IT IS HEREBY ORDERED THAT THE  ABOVE-CAPTIONED

ACTION BE AND HEREBY IS DISMISSED WITHOUT PREJUDICE TO

EITHER PARTY MOVING TO RESTORE IT TO THE DOCKET IF ANY

FURTHER  ACTION IS REQUIRED UPON  COMPLETION  AND

TERMINATION OF ALL BANKRUPTCY  OR  ARBITRATION

PROCEEDINGS.

SO ORDERED.

                    RICHARD G. STEARNS
                    UNITED STATES DISTRICT JUDGE

            BY:
                    /s/ Mary   H. Johnson
                    Deputy Clerk

Dated:  2/28/06